ACCEPTED
04-14-00899-cv
FOURTH COURT OF APPEALS
SAN ANTONIO, TEXAS
1/8/2015 4:03:42 PM
KEITH HOTTLE
CLERK

# 04-14-00899-CV

FILED IN
4th COURT OF APPEALS
SAN ANTONIO, TEXAS
01/8/2015 4:03:42 PM
KEITH E. HOTTLE
Clerk

## In the

# Fourth Court of Appeals

### SITTING AT SAN ANTONIO

**LETICIA ZEPEDA VASQUEZ, Individually and on Behalf of the Estate of Jose Abraham Vasquez, Jr.,**

Appellants*,*

v.

**LEGEND NATURAL GAS, LLC; LEWIS ENERGY GROUP, LP; and LEWIS PETRO PROPERTIES, INC.,**

Appellees

**Appealed From the 81st District Court
La Salle County, Texas
Trial Court Cause No. 14-07-0019-CVL**

## APPELLANTS' RESPONSE TO COURT'S ORDER TO SHOW CAUSE

1.     On **December 16, 2014**, plaintiffs-appellants filed a notice of appeal from the **November 20, 2014**, order granting defendants' motions to dismiss pursuant to TEX. R. CIV. P. 91a.  The November 20, 2014, order did not state that it was a final, appealable order.

2.      On **December 23, 2014**, this Court ordered plaintiffs-appellants show cause why the appeal should not be dismissed.

3.      On **January 5, 2015**, the trial court signed a new order expressly stating that it replaces the **November 20, 2014**, order and "is a final, appealable order that disposes of all parties and claims."

4.      On **January 8, 2015**, plaintiff-appellant filed an amended notice of appeal stating that she desires to appeal from the **January 5, 2015**, final order.

5.      An order is final when it disposes of all claims asserted by and against all parties. *Martinez v. Humble Sand & Gravel, Inc*., 875 S.W.2d 311, 312. Since the order appealed from in the amended notice of appeal is a final order, the Court should not dismiss the appeal for want of jurisdiction.

Respectfully submitted,

**HANSZEN✦LAPORTE**

By:        /s/ Jeffrey L. Dorrell
Jeffrey L. Dorrell
State Bar No. 00787386
jdorrell@hanszenlaporte.com
11767 Katy Freeway, Suite 850
Houston, Texas 77079
Telephone: 713-522-9444
FAX: 713-524-2580
**ATTORNEYS FOR PLAINTIFF**

## CERTIFICATE OF SERVICE

I hereby certify that on ____1-8____, 2014, a true and correct copy of the foregoing was sent by:

_____ Hand delivery
_____ Certified mail
_____ Telephonic document transfer
__X__ E-service in accordance with TEX. R. CIV. P. 21a(a)(1)

in accordance with TEX. R. CIV. P. 21a to the following counsel of record:

Mr. William A. Abernethy
Donnell, Abernethy & Kieschnick, P.C.
555 N. Carancahua, Suite 1770
Corpus Christi, Texas 78401
Telephone: 361-888-5551
**FAX: 361-880-5618**
**COUNSEL FOR DEFENDANT ROSETTA RESOURCES**
**OPERATING, LP.**

Mr. David L. Ortega
Naman Howell Smith & Lee, PLLC
1001 Reunion Place, Suite 600
San Antonio, Texas 78216
Telephone: 210-731-6300
**FAX: 210-785-2953**
**COUNSEL FOR DEFENDANTS LEWIS ENERGY GROUP, LP, and**
**LEWIS PETRO PROPERTIES, INC.**

Mr. Christopher Lowrance
Royston, Rayzor, Vickery & Williams, L.L.P.
802 Carancahua, Suite 1300
Corpus Christi, Texas 78401
Telephone: 361-884-8808
**FAX: 361-884-7261**
**COUNSEL FOR DEFENDANTS VIRTEX OPERATING CO., INC.,**
**and VIRTEX HOLDINGS, LLP**

Mr. Isaac J. Huron
Davis, Cedillo & Mendoza, Inc.
McCombs Plaza, Suite 500
755 E. Mulberry Avenue
San Antonio, Texas 78213
Telephone: 210-822-6666
**FAX: 210-822-1151**
**COUNSEL FOR DEFENDANTS LEGEND NATURAL GAS III, LP, and LEGEND NATURAL GAS, LLC**

Mr. E. Michael Rodriguez
Atlas, Hall & Rodriguez, L.L.P.
P.O. Box 6369 (78523-6369)
50 W. Morrison Road, Suite A
Brownsville, Texas 78520
Telephone: 956-574-9333
**FAX: 956-574-9337**
**COUNSEL FOR DEFENDANTS ENTERPRISE PRODUCTS HOLDINGS, LLC, and ENTERPRISE PRODUCTS CO.**

Mr. Jose E. Garcia
Garcia & Villareal
4311 N. McColl Road
McAllen, Texas 78504
Telephone: 956-630-0081
**FAX: 956-630-3631**
**COUNSEL FOR DEFENDANT XTO ENERGY, INC.**

_____
/s/ Jeffrey L. Dorrell

**JEFFREY L. DORRELL**